UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DAIRO REALES MUNOZ #A243-129-723          CASE NO. 1:26-CV-00248 SEC P

VERSUS                                    JUDGE S. MAURICE HICKS, JR.

WARDEN WINN CORRECTIONAL CENTER    MAGISTRATE JUDGE LEBLANC
ET AL

## ORDER

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety.** This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE April 20, 2026.

Daniel J. McCoy
Clerk of Court